UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIVE FACE ON WEB, LLC,

        Plaintiff

v.                                      Civil Action No.: 2:15-00862-NIQA

ESTATE OF DON EAGLE,
DIANE EAGLE, and
MATT EAGLE,

        Defendants

## PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Plaintiff, Live Face on Web, LLC ("LFOW" or "Plaintiff"), by and through its counsel, hereby moves this Court to compel responses to discovery requests and production of documents of Defendants Estate of Don Eagle ("Estate"), Diane Eagle ("Diane"), and Matt Eagle ("Matt") (hereinafter collectively "Defendants"). In support, Plaintiff states as follows:

1. On September 9, 2015, Plaintiff served its first set of interrogatories and requests for production of documents ("discovery requests") on the Defendants via email. A copy of the email is attached hereto and marked as Exhibit "A."

2. More than thirty (30) days have passed since Defendants' responses to Plaintiff's discovery requests were due.

3. Defendants have not responded to Plaintiff's interrogatories.

4. Defendants filed with the court their responses to Plaintiff's requests for production of documents [Doc. No. 61]; however, no documents were produced and Defendants instead asserted improper objections.

5. Defendants' objections to Plaintiff's requests for production of documents are entirely inappropriate and improper.

6. As an example of the type of improper objections served by Defendants, in response to request number 3 of Plaintiff's requests for production of documents, which was a request for "documents sufficient to identify any duty or role of Don Eagle in or for Tweople," Defendants improperly objected to said request as "irrelevant." Certainly evidence related to the role Mr. Eagle played in Tweople is relevant to establishing that Mr. Eagle, in his individual capacity, is liable for copyright infringement.

7. Additionally, Defendants objected to all financial discovery. For example, in response to request number 16 of Plaintiff's requests for production of documents, which was a request for "documents sufficient to calculate Your profits for all products or services advertised or described on Your website during the relevant time frame," Defendants improperly objected to said request as "vague" and failed to produce any documents in response to the request. This is a straightforward request and certainly relevant to Plaintiff's claim for damages.

8. In some of their responses to Plaintiff's requests for production of documents, Defendants stated that they "will produce representative nonprivileged documents" but failed to actually produce any document.

WHEREFORE, Plaintiff is respectfully requesting that Defendants be directed to fully respond to Plaintiff's discovery requests within two (2) days or face sanctions by this Court.

Dated this 20th day of January, 2016.

                Respectfully submitted,
                **Law Offices of Jason Rabinovich, PLLC.**


                By: <u>/s/ Jason Rabinovich, Esq.</u>
                Jason Rabinovich, Esq.
                1700 Market Street, Suite 1005
                Philadelphia, PA 19103
                Tel: (267) 423-4130
                Fax: (610) 862-3764
                Email: JasonRabinovich@jasonrabinovichlaw.com
                *Attorneys for Plaintiff, Live Face on Web, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via ECF and served via ECF Notice, this 20th day of January, 2016, as follows:

Estate of Don Eagle
10122 Pointview Court
Orlando, FL 32836

Diane Eagle
10122 Pointview Court
Orlando, FL 32836

Matt Eagle
10122 Pointview Court
Orlando, FL 32836


By:___/s/ Jason Rabinovich, Esq.___
Jason Rabinovich, Esq.