IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIVE FACE ON WEB, LLC<br>*Plaintiff*<br><br>v.<br><br>DIANE EAGLE, Individually and as the Executrix of the ESTATE OF DONALD WAYNE EAGLE, and MATT EAGLE<br>*Defendants, pro se* | CIVIL ACTION<br><br>NO. 15-862 |

# O R D E R

**AND NOW**, this 5th day of February 2016, upon consideration of Plaintiff's *motion to compel responses to interrogatories and production of documents*, [ECF 62], Defendants' response in opposition thereto, [ECF 63], Plaintiff's reply, [ECF 64], and Defendants' *objections to Plaintiff's first request for production of documents*, [ECF 61], it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. Defendants are directed to provide responses to discovery requests, if they have not done so already, within twenty (20) days of the date of this Order.

Failure to comply with this Order may result in sanctions.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.
*United States District Court for the E.D. of Pa.*